IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                                                     Criminal No. 07-298

DAVID CUNNINGHAM

### ORDER OF THE COURT DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE/STATEMENTS AND MOTION TO PRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 404(b) AND 609

AND NOW, this 4th day of March, 2010, for the reasons therein stated in the attached Memorandum opinion, Defendant's Motion to Suppress Evidence/Statements (doc. no. 50) is HEREBY DENIED.

FURTHER, Defendant's Motion to Produce Evidence pursuant to Federal Rules of Evidence 404(b) and 609 (doc. no. 49) is also HEREBY DENIED WITHOUT PREJUDICE.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc:   All counsel of record