IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 07-0298 |
| | ) |
| | ) |
| DAVID CUNNINGHAM | ) |

## **VERDICT**

We, the jury in the above-captioned case, have unanimously made the following findings:

1.   As to Count One (Receipt of Child Pornography), the Jury finds defendant David Cunningham:

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

2.   As to Count Two (Possession of Child Pornography), the Jury finds defendant David Cunningham:

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

3.   As to Count Three (Distribution of Child Pornography), the Jury finds defendant David Cunningham:

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

(If you answered "Guilty" to any one or all of Questions 1, 2 *or* 3 above please proceed to answer Question 4 below).

4. The Jury finds that the defendant David Cunningham did use the following to commit or to promote the commission of the violation(s): USI Desktop Computer, Acer flat screen panel monitor, and Motorola SBS120 cable modem.

\_\_\_\_\_ Yes

\_\_\_\_\_ No

SO SAID BY ALL this _____ day of _____, 2010.

JURY FOREPERSON: _____

JURORS: _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____